JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

LASC, South District, Case No.: NC051829

| | |
|---|---|
| PAOLA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOMCO, DAN ROBERTS, and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:08-cv-07579–JFW-RC<br><br>**ORDER ON STIPULATION DISMISSING THIRD CAUSE OF ACTION AND REMANDING CASE TO STATE COURT** |

Upon consideration of the Stipulation of all parties to this action:

**IT IS HEREBY ORDERED** that:

1. The Third Cause of Action for relief under Title VII of the Civil Rights Act of 1964 in Plaintiff's complaint is hereby dismissed with prejudice, and,

2. This case is hereby remanded to the State Court.

3. Plaintiff shall give notice of this Order forthwith.

DATED: December 18, 2008

_____
THE HONORABLE JOHN F. WALTER